**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Inez Rafael Gonzalez Guzman,<br><br>    Petitioner,<br><br>v.<br><br>Eric H. Holder, Jr., Janet Napolitano, Katrina Kane,<br><br>    Respondents. | No. CV09-2473-PHX-DGC (MEA)<br><br>**ORDER** |

Petitioner Inez Rafael Gonzalez Guzman has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. #1. United States Magistrate Judge Mark E. Aspey has issued a report and recommendation ("R&R") recommending that the petition be denied. Dkt. #18. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The R&R (Dkt. #18) is **accepted**.
2. The petition for writ of habeas corpus (Dkt. #1) is **denied**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

4. The Clerk is directed to **terminate** this action.

DATED this 6th day of August, 2010.

*David G. Campbell*
United States District Judge